UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VERITAS ALLIES LLC, an Oregon Limited Liability Company,<br><br>            Plaintiff,<br><br>   v.<br><br>HEATHER SCHIAPPACASSE, an individual,<br><br>            Defendant. | Case No. 3:22-cv-00903-YY<br><br>JUDGMENT |

YOU, Magistrate Judge.

     Based on the Opinion and Order issued this date, it is ORDERED AND ADJUDGED that the action against defendant Heather Schiappacasse is dismissed without prejudice for lack of personal jurisdiction.

     DATED October 5, 2023.

                                                                         /s/ Youlee Yim You
                                                                        Youlee Yim You
                                                                        United States Magistrate Judge